

Curt F. Hennecke, Bar No. 217109
**Younger & Hennecke, LLP**
1610 Arden Way, Suite 265
Sacramento, California 95815
(916) 564-8100 Telephone
(916) 564-8116 Facsimile

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SHIRLEY LOUISE YOUNG<br><br>Debtor. | Case No: 11-30363-B-7<br>DCN: CFH-1<br><br>Chapter 7<br><br>Date: July 12, 2011<br>Time: 9:32 am<br>Place: 501 I Street, 6th Floor, Courtroom 32<br>Sacramento, CA |

## MOTION TO COMPEL CHAPTER 7 TRUSTEE
## TO ABANDON PROPERTY OF THE ESTATE

**TO THE HONORABLE THOMAS C. HOLMAN, KIMBERLY HUSTED/CHAPTER 7 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

Shirley Louise Young ("Debtor") hereby moves this Court for an Order Granting Debtor's MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON PROPERTY OF THE ESTATE based upon the following grounds:

1. Debtor originally filed a Chapter 7 bankruptcy case, bearing the case number 11-30363-B-7 on April 27, 2011.

2. Debtor owns and operates a small sunglasses wholesale business named "New Discoveries." A true and correct copy of Schedule B of the Debtor's Voluntary Petition is filed concurrently herewith as Exhibit "A" and incorporated herein by reference. This business has no marketable value outside Debtor's own efforts. This business is Debtor's main occupation at the present time. Debtor has invested substantial resources, time, and energy into this

-1-

business and, because of the investment, wishes to keep operating at the present time. If Debtor ceases operations, even for a short time, she will surely lose clientele, making it impossible to reopen and maintain its required expenses.

3. Debtor asks that the following assets be abandoned: the business name, "New Discoveries", the business checking and savings accounts with Bank of the West with an approximate balance of $9,000.00, accounts receivable owed to the business in the amount of $2,000.00, miscellaneous office furniture and equipment, including filing and supply cabinets, phones, computers, a printer, a Canon PC 940 photocopier and fax machine, worth approximately $2,500.00 total, and approximately 900 pairs of sunglasses and other miscellaneous inventory worth approximately $2,000.00.

4. The sunglasses wholesale company listed herein and operated by Debtor, including the business checking and savings accounts, outstanding accounts receivable, office furniture and equipment, and inventory have a liquidation value of approximately $15,500, which is fully exempt under various sections of the California Code of Civil Procedure. A true and correct copy of Schedule C of the Debtor's Voluntary Petition is filed concurrently herewith as Exhibit "B" and incorporated herein by reference.

5. The equity in Property is exempted pursuant to C.C.P. Sections 703.140(b)(5) and 703.140(b)(6) as set forth in Debtor's Schedule C filed concurrently herewith in the List of Exhibits.

6. As the Property is protected and exempted, it is of inconsequential value to the bankruptcy estate, and there is nothing for the Trustee to administer to unsecured creditors.

DATED: June 3, 2011

/s/ Curt F. Hennecke
Curt F. Hennecke
Attorney for Debtor